UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SANDRA PUCCIO, As Administrator of the
Estate of EDWARD M. BEREZOWSKI, deceased

                Plaintiff

-vs-

COUNTY OF ERIE and
TIMOTHY B. HOWARD,
Erie County Sheriff

                Defendants

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

**CASE 13-CV-732A**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the Plaintiff, he attorney, Defendants and their attorney for the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all of Plaintiff's claims and causes of action are hereby discontinued against all Defendants, with prejudice, on the merits and without costs to any party as against any other.

      This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Buffalo, New York
              FEBRUARY 18, 2015

By: _____
DAVID P. FELDMAN, ESQ
Attorney for Plaintiff, Sandra Puccio
69 Delaware Ave
Buffalo, New York 14202

By: _____
JEREMY C. TOTH, ESQ
Attorney for Defendants
95 Franklin Street, 16th Floor
Buffalo, New York 14202